1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendant
   Wolpoff & Abramson, LLP

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

12   BRANDON GRISSOM,                 )   CASE NO.: C 07 03264 WDB
                                      )
13          Plaintiff,                )
                                      )
14                                    )   **CERTIFICATION OF**
                                      )   **INTERESTED PARTIES BY**
15          vs.                       )   **DEFENDANT WOLPOFF &**
                                      )   **ABRAMSON LLP**
16   WOLPOFF & ABRAMSON, L.L.P        )
     and PALISADES COLLECTION,        )
17   L.L.C,                           )
                                      )
18          Defendants.               )
                                      )
19   _____)

20

21

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 7.1 and N.D. Cal. Civil L.R. 3-

2    16, the undersigned counsel of record for defendant Wolpoff & Abramson, LLP

3    certifies that the following listed persons, associations of persons, firms,

4    partnerships, corporations (including parent corporations) or other entities (i) have

5    a financial interest in the subject matter in controversy or in a party to the

6    proceeding, or (ii) have a non-financial interest in that subject matter or in a party

7    that could be substantially affected by the outcome of this proceeding:

8        1.    Wolpoff & Abramson, LLP, a Maryland Limited Liability

9    Partnership.

10

11   DATED: July 31, 2007                SIMMONDS & NARITA LLP
                                         TOMIO B. NARITA
12                                       JEFFREY A. TOPOR

13

14
                                    By:   /Tomio B. Narita/
15                                        Tomio B. Narita
                                          Attorneys for defendant
16                                        Wolpoff & Abramson, LLP

17

18

19

20

21

22

23

24

25

26

27

28