TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
Wolpoff & Abramson, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GRISSOM,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WOLPOFF & ABRAMSON, L.L.P<br>and PALISADES COLLECTION,<br>L.L.C,<br><br>　　　　　Defendants. | CASE NO.: C 07 03264 WDB<br><br>**CERTIFICATION OF INTERESTED PARTIES BY DEFENDANT PALISADES COLLECTION LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1 and N.D. Cal. Civil L.R. 3-16, the undersigned counsel of record for defendant Palisades Collection LLC certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Palisades Collection, LLC, a New Jersey Limited Liability Company;
2. Asta Funding, Inc., a publicly-traded Delaware Corporation that trades on NASDAQ as "ASFI."

DATED: August 3, 2007    SIMMONDS & NARITA LLP
                         TOMIO B. NARITA
                         JEFFREY A. TOPOR


                    By:    /Tomio B. Narita/
                         Tomio B. Narita
                         Attorneys for defendant
                         Wolpoff & Abramson, LLP