Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
16870 West Bernardo Dr., Suite 400
San Diego, California 92127
Telephone: (858) 679-3396
Facsimile: (858) 630-4947
psmith@paulsmithlaw.com

Attorney for Plaintiff
BRANDON GRISSOM

Tomio B. Narita, Cal. Bar No. 156576
Jeffrey A. Topor, Cal. Bar No. 195545
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
WOLPOFF & ABRAMSON, LLP
PALISADES COLLECTION, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandon Grissom,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Wolpoff & Abramson, L.L.P. and<br>Palisades Collection, L.L.C.,<br><br>　　　　Defendants. | Case No.: C07-03264 WDB<br><br>JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER<br><br>Date: September 24, 2007<br>Time: 4:00 p.m.<br>Crtm: Courtroom 4, Oakland<br><br>Hon. Wayne D. Brazil |

Plaintiff Brandon Grissom ("Plaintiff") and Defendant Wolpoff & Abramson, L.L.P. and Defendant Palisades Collection, L.L.C. (collectively "Defendants") hereby submit their Joint Case Management Statement/Rule 26(f) Report of the Early Meetingi

of Counsel pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16-9 of this Court. The Early Meeting of Counsel occurred between Paul Smith for Plaintiff and Tomio Narita for Defendants on September 11, 2007.

The parties respectfully request that the Court adopt the [proposed] case management order as its Case Management Order in this case.

## I.
## JURISDICTION AND SERVICE

This action involves the Fair Debt Collection Practices and California's Rosenthal/Fair Debt Collection Practices Act. The court has jurisdiction over this action under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337.

There are no issues regarding personal jurisdiction or venue. All parties have been served. The parties do not anticipate adding any additional parties.

## II.
## DESCRIPTION OF THE CASE

Plaintiff is a natural person residing in Solano County, California. Defendant Wolpoff & Abramson, L.L.P. is a limited liability partnership headquartered in the state of Maryland that engages in the business of collecting debts owed to third parties. Defendant Palisades Collection, L.L.C. is a New Jersey corporation that engages in the business of collecting debts owed to third parties. The Defendants are authorized to do business and are doing business in the State of California.

Plaintiff alleges that Defendants engaged in collection practices that violated the Fair Debt Collection Practices Act and California's Rosenthal/Fair Debt Collection Practices Act. Specifically, Plaintiff contends that Defendants:

(1) Attempted to collect the alleged debt by means of a judicial proceeding when Defendants knew that service of process had not been legally effected;

(2) Misrepresented to Plaintiff that a judgment was in effect when it was not, and that Defendants would garnish Plaintiff's wages when Defendants had no legal right to do so; and

(3) Contacted Plaintiff's spouse at her place of employment purportedly to do an "employment verification" on Plaintiff; and

## III.
## DESCRIPTION OF FACTUAL AND LEGAL ISSUES IN DISPUTE

Whether Defendants' conduct and communications in relation to its attempted collection or an alleged debt purportedly owed by Plaintiff were in violation of the Fair Debt Collection Practices Act and California's Rosenthal/Fair Debt Collection Practices Act. (U.S.C. § 1692 et seq; Civil Code 1788 et seq.).

## IV.
## MOTIONS

There are no pending motions. The parties may file for summary judgment and/or adjudication of issues if discovery makes such a motion advantageous. Defendants may seek a protective order.

## V.
## AMENDMENT OF PLEADINGS

The parties do not currently anticipate the need to amend the pleadings. The parties propose a cutoff date of January 31, 2008.

## VI
## EVIDENCE PRESERVATION

The parties agree to take steps to preserve evidence relevant to the issues reasonably evident in this case.

## VII.
## DISCLOSURES

The parties will make their initial witness and document disclosures under FRCP 26(a) on or before September 17, 2007.

## VIII.
## DISCOVERY

The parties jointly agree to adhere to the discovery limitations outlined in the Federal Rules of Civil Procedure.

Defendant will propound the following discovery requests: (a) Special Interrogatories; (b) Requests for Production; and, (c) Requests for Admission. Defendant will also depose Grissom and other individuals that may be identified during the course of this litigation.

Plaintiff will propound the following discovery requests: (a) Special Interrogatories; (b) Requests for Production; and, (c) Requests for Admission. Plaintiff will also depose Defendants and other individuals that may be identified during the course of this litigation.

The parties further intend to supplement disclosures or discovery responses pursuant to Rule 26(e) and will serve and file certification that all supplementation has been completed thirty days prior to the close of discovery.

## IX.
## CLASS ACTIONS

Not applicable.

## X.
## RELATED CASES

Not applicable.

## XI
## RELIEF

Plaintiff seeks actual damages of at least $50,000, statutory damages pursuant to 15 U.S.C. §1692k in the amount of $1,000 per violation and statutory damages pursuant to California Civil Code §1788.30(b) in the amount of $1,000 per violation. Plaintiff also requests attorney's fees and costs.

Defendants request that Plaintiff takes nothing by his complaint. Defendants seek costs of suit incurred herein and such other and further relief as the court deems proper.

## XII.
## SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION

Per Defendant's request, Plaintiff has made two separate settlement demands to fully resolve this matter. Defendants have not responded to those settlement demands

and have not made any settlement offers. The parties have agreed to mediation.

## XIII.
## CONSENT TO UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

The parties do consent to assignment of this case to a United State Magistrate Judge.

## XIV.
## OTHER REFERENCES

Not applicable.

## XV.
## NARROWING OF ISSUES

Not applicable.

## XVI.
## EXPEDITED SCHEDULE

Not applicable.

## XVII.
## SCHEDULING

The Plaintiff proposes the following schedule:

1. Deadline to complete non-expert discovery:   February 1, 2008
2. Deadline for hearing dispositive motions:    May 16, 2008
3. Disclosure of experts:                       March 10, 2008
4. Deadline to complete expert discovery:       April 1, 2008
4. Deadline for hearing on discovery motions:   May 30, 2008
6. Pretrial Conference:                         June 2008
7. Trial:                                       July/August 2008

The Defendants propose the following schedule:

1. Deadline to complete non-expert discovery: April 1, 2008
2. Deadline for hearing on dispositive motions: July 15, 2008

3. Disclosure of experts: May 9, 2008

4. Deadline to complete expert discovery: May 31, 2008

5. Deadline for hearing on discovery motions: June 29, 2008

6. Pretrial conference: August, 2008

7. Trial: October, 2008

## XVIII.
## TRIAL

This case will be a jury trial and the parties expect the trial will require approximately 3 to 5 court days.

## XIX.
## DISCLOSURE OF NON-PARTY ENTITIES OR PERSONS

The parties are not aware of any non-party entities or persons that have a direct, pecuniary interest in the outcome of this case.

## XX.
## ALL OTHER ITEMS

Not applicable.

Dated: September 17, 2007         **LAW OFFICES OF PAUL E. SMITH**

By _/s/ Paul E. Smith_
Paul E. Smith
Attorney for Plaintiff
BRANDON GRISSOM

Dated: September 17, 2007         **SIMMONDS & NARITA LLP**

By _/s/ Tomio B. Narita_
Tomio B. Narita
Attorney for Defendants
WOLPOFF & ABRAMSON, L.L.P.
PALISADES COLLECTION, L.L.C

- 6 -

JOINT CASE MANAGEMENT STATEMENT – CASE NO. C07-03264 WDB

## [PROPOSED] CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case and the parties are hereby ordered to comply with this Order.

Dated: _____

                WAYNE D. BRAZIL
                UNITED STATES DISTRICT
                COURT MAGISTRATE JUDGE FOR
                THE NORTHERN DISTRICT OF
                CALIFORNIA