1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8
9                                                  No. C
10              Plaintiff(s),              **CONSENT TO PROCEED BEFORE A
                                           UNITED STATES MAGISTRATE JUDGE**
11        v.
12
13              Defendant(s).
                                        /
14
15        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18 proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21 Dated: _____     /s/Paul E. Smith
                                         _____
                                         Signature
22
                                         Counsel for _____
23                                       (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28