UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: September 24, 2007                    Start Time: 4:00 p.m.  End Time: 4:30 p.m.

DOCKET NO.        C 07-3264 WDB
TITLE OF CASE    *Grissom v. Wolpoff & Abramson, et al.*

APPEARANCES    For Plaintiff:   Paul Elliott Smith, Esq.

For Defendant:   Jeffrey A. Topor, Esq.

FTR: 9/24/07 4:00 p.m.              Hearing:    (X) In Person  (X) Telephone

PROCEEDINGS

[X] INITIAL STATUS CONFERENCE          [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE        [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)          [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE           [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)  [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)     [] EVIDENTIARY HEARING
[] OTHER:

ORDER TO BE PREPARED BY:  () Plaintiff    () Defendant    (x) Court

**NOTES**

Court conducted Case Management Conference.  See later-filed separate order.