United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON GRISSOM,

        Plaintiff,

  v.

WOLPOFF & ABRAMSON, L.L.P,
et al.,

        Defendants.
_____/

No. C 07-3264  WDB

ORDER FOLLOWING CASE
MANAGEMENT CONFERENCE

    On September 24, 2007, the Court conducted a case management conference in this matter. For reasons more fully explained on the record, the Court ORDERS as follows:

    1.    Counsel for both parties indicated that it might be possible to settle the case with limited discovery and without the assistance of a court-appointed mediator. Plaintiff's counsel informed the Court that he already had made two settlement demands to Defendants' counsel, Mr. Narita, who had not yet responded to either demand. Accordingly, **by no later than October 2, 2007,** Defendants' counsel (either Mr. Narita or Mr. Topor) must respond in writing to the settlement demands made by Plaintiff's counsel. Promptly after receiving defense counsel's response, and in any event **by no later than October 5, 2007**, Plaintiff's counsel must contact Defendants' counsel by telephone to discuss settling the case. If Plaintiff's counsel does not reach Defendants'

1

counsel directly and instead leaves a message, then Defendants' counsel must return Plaintiff's counsel's call **by no later than 5:00 p.m., on October 5, 2007**. The parties must not copy the undersigned on any correspondence regarding settlement demands or settlement negotiations of any kind.

2. If the parties cannot settle the case during these conversations in early October, then **by no later than October 19, 2007**, the parties must draft and submit to the undersigned a plan for taking limited discovery aimed at settling the case. Unless there is a dispute regarding this discovery plan, counsel promptly should begin taking the discovery set forth in the plan, followed by additional discussions regarding settlement.

3. If the parties are unable to settle the case on their own, they must seek the assistance of a court-appointed mediator. This mediation must take place **by no later than December 15, 2007**. A representative of the ADR Department will contact the parties to schedule a mediation date. If the case settles prior to the date scheduled for the mediation, the parties must immediately notify the ADR Department. The parties must also notify the Court by calling 510-637-3324.

3. If the case does not settle, the parties must appear before the undersigned for a Further Case Management Conference on **Wednesday, January 16, 2008, at 1:30 p.m. By no later than Wednesday, January 9, 2008,** the parties must e-file an Updated Joint Case Management Statement informing the Court what discovery and motion practice is needed as the case proceeds, and what dates the parties propose for trial. Counsel may appear at the conference by phone. If counsel for both sides wish to appear by phone, Plaintiff's counsel must get Defendants' counsel on the line, and contact the Court at 510-637-3909.

IT IS SO ORDERED.

Dated: September 25, 2007

WAYNE D. BRAZIL
United States Magistrate Judge

cc: parties, WDB, ADR

2