Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
16870 West Bernardo Dr., Suite 400
San Diego, California 92127
Telephone: (858) 679-3396
Facsimile: (858) 630-4947
psmith@paulsmithlaw.com

Attorney for Plaintiff
BRANDON GRISSOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandon Grissom,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Wolpoff & Abramson, L.L.P. and<br>Palisades Collection, L.L.C.,<br><br>　　　　Defendants. | Case No.: C07-03264 WDB<br><br>PLAINTIFF'S LIMITED DISCOVERY PLAN<br><br>Hon. Wayne D. Brazil |

　　　　Plaintiff Brandon Grissom ("Plaintiff") hereby submits his Limited Discovery Plan pursuant to this Court's Order Following Case Management Conference dated September 25, 2007. Despite repeated invitations by Plaintiff's counsel to both named counsel for Defendants for input to this discovery plan, no response at all to those inquiries was received by counsel for Plaintiff.

- 1 -

PLAINTIFF'S LIMITED DISCOVERY PLAN – CASE NO. C07-03264 WDB

# I.
# SETTLEMENT STATUS

This Court gave very strict orders in its September 25, 2007 order for communication between counsel for Plaintiff and Defendants. All requirements were met, except in response to Plaintiff's counsel's telephone call pursuant to that order, Mr. Narita stated he would call Plaintiff's counsel back. Unfortunately, that call never came as was required pursuant to the Court's order, stalling settlement negotiations and eliminating the very valuable "conversation" portion of the Court's attempt to spur settlement negotiations.

Counsel for Plaintiff and Defendants have, however, had their pre-mediation telephone conference with the appointed mediator, and the mediation has been set for December 5, 2007.

# II.
# LIMITED DISCOVERY PLAN

Plaintiff's goal continues to be to make every effort to settle this case considering the relatively small amount at issue, and the relatively large amount of attorney fees that can amass quickly in this type of case. This is a fee-shifting case, so Plaintiff will not settle this case without attorney fees being included in the settlement, or without there being a provision for the amount of attorney fees to be decided by the Court. The longer Defendants continue their recalcitrant stance towards settlement negotiations, the more unlikely it becomes this case will settle due to Plaintiff's rising value of the case due to increasing attorney fees.

With that in mind, Plaintiff intends to conduct efficient and narrowly-focused discovery prior to the mediation, attempting to keep attorney fees down while obtaining the information necessary to have a meaningful mediation in light of Defendants' likely

positions at the mediation.  Thus, Plaintiff will be serving one round of written discovery on each Defendant to obtain more accurately their defenses to this lawsuit and the facts and evidence upon which those defenses are based, and then one FRCP 30(b)(6) deposition, likely lasting just one-half day, of each of the Defendants.  Plaintiff intends to serve his written discovery no later then October 26, 2007, and conduct the depositions the last week of November or first week of December, 2007.

Dated:  October 19, 2007                              LAW OFFICES OF PAUL E. SMITH


By _____
    Paul E. Smith
    Attorney for Plaintiff
    BRANDON GRISSOM