Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
16870 West Bernardo Dr., Suite 400
San Diego, California 92127
Telephone: (858) 679-3396
Facsimile: (858) 630-4947
psmith@paulsmithlaw.com

Attorney for Plaintiff
BRANDON GRISSOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandon Grissom,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Wolpoff & Abramson, L.L.P. and<br>Palisades Collection, L.L.C.,<br><br>　　　　Defendants. | Case No.: C07-03264 WDB<br><br>NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 |

To defendants WOLPOFF & ABRAMSON, L.L.P. and PALISADES COLLECTION, L.L.C. ("Defendants") and their attorneys of record in this case:

Plaintiff BRANDON GRISSOM ("Plaintiff") hereby accepts Defendants' offer to allow judgment to be entered in Plaintiff's favor and against Defendants for the sum of $2,000 plus reasonable attorney fees and costs.

Dated: October 29, 2007　　　　　　LAW OFFICES OF PAUL E. SMITH

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　Paul E. Smith
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　BRANDON GRISSOM

- 1 -
_____

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT – CASE NO. C07-03264 WDB

Brandon Grissom v. Wolpoff & Abramson, L.L.P., et al.
USDC Case No.: C07-03264 WDB

## PROOF OF SERVICE BY E-MAIL

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is Law Offices of Paul E. Smith, 16870 West Bernardo Drive, Suite 400, San Diego, California 92127, which is located in the county in which the within-mentioned mailing occurred.

On October 29, 2007, I served the following document:

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

via email to the email address of record for Tomio B. Narita (tnarita@snllp.com).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this Court. Executed on November 3, 2007, at San Diego, California.

_____
PAUL E. SMITH