1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendants
   Wolpoff & Abramson, LLP
7  and Palisades Collection LLC

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 BRANDON GRISSOM,              ) CASE NO.: C 07 03264 WDB
                                 )
13                               )
                                 ) **DEFENDANTS' RULE 68**
14         Plaintiff,             ) **OFFER**
                                 )
15                               )
          vs.                    )
16                               )
                                 )
17 WOLPOFF & ABRAMSON, L.L.P     )
   and PALISADES COLLECTION,     )
18 L.L.C,                        )
                                 )
19         Defendants.            )
                                 )
20 _____)

1   Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants
2 Wolpoff & Abramson, LLP and Palisades Collection, L.L.C., without admitting
3 liability for any of the claims alleged herein, hereby offer to allow judgement to be
4 taken against them as follows: judgement for plaintiff Brandon Grissom in the sum
5 of Two Thousand Dollars ($2,000.00), plus reasonable attorney's fees and costs,
6 in an amount to be determined by the Court.
7   In accordance with Rule 68, this offer shall be deemed withdrawn if it is not
8 accepted within ten days of the service thereof. Evidence of this Offer of
9 Judgment is not admissible except in a proceeding to determine costs.
10
11 DATED: October 19, 2007    SIMMONDS & NARITA LLP
                               TOMIO B. NARITA
12                             JEFFREY A. TOPOR
13
                               By: _____
14                                  Jeffrey A. Topor
                                    Attorneys for defendants
15                                  Wolpoff & Abramson, LLP and
                                    Palisades Collection, L.L.C.
16

GRISSOM V. WOLPOFF & ABRAMSON ET AL. (CASE NO. C 07 03264 WDB)
DEFENDANTS' RULE 68 OFFER                                              1.

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is: 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served copies of the following document:

1) **DEFENDANTS' RULE 68 OFFER**

by causing such document to be placed in a sealed envelope for collection and delivery and e-mailed as indicated below:

**VIA UNITED STATES MAIL AND E-MAIL**

Paul E. Smith
Law Offices of Paul E. Smith
16870 West Bernardo Dr., Suite 400
San Diego, CA 92127
e-mail: psmith@paulsmithlaw.com
Counsel for Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 19th day of October, 2007.

_____
Jeffrey A. Topor