Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
16870 West Bernardo Dr., Suite 400
San Diego, California 92127
Telephone: (858) 679-3396
Facsimile: (858) 630-4947
psmith@paulsmithlaw.com

Attorney for Plaintiff
BRANDON GRISSOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandon Grissom,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Wolpoff & Abramson, L.L.P. and<br>Palisades Collection, L.L.C.,<br><br>　　　　　Defendants. | Case No.:  C07-03264 WDB<br><br>NOTICE OF SETTLEMENT RE ATTORNEY FEES AND COSTS FOR PURPOSES OF ENTRY OF JUDGMENT PURSUANT TO FRCP 68 |

　　　WHEREAS, Defendants Wolpoff & Abramson, L.L.P. and Palisades Collection, L.L.C. (hereinafter collectively, "Defendants") made a Rule 68 Offer of Judgment to Plaintiff Brandon Grissom (hereinafter, "Plaintiff") (Defendants and Plaintiff are hereinafter collective, "the Parties") that has previously been filed with this Court;

　　　WHEREAS, the Rule 68 Offer of Judgment included a provision that Defendants would pay Plaintiff $2,000.00;

　　　WHEREAS, the Rule 68 Offer of Judgment included a provision that Defendants would pay Plaintiff's reasonable attorney fees and costs;

　　　WHEREAS, Plaintiff accepted the Rule 68 Offer of Judgment and previously filed notice of said acceptance with this Court; and

1  WHEREAS, the Parties have compromised on a payment amount for attorney fees
2  and costs;
3  PLEASE TAKE NOTICE that Defendants have agreed to pay Plaintiff the sum of
4  $4,500.00 as a compromise to satisfy the provision in the Rule 68 Offer of Judgment that
5  Defendants would pay Plaintiff's reasonable attorney fees and costs.  This amount is in
6  addition to the $2,000.00 payment previously agreed.  Thus, it is requested that judgment
7  be entered in the amount of $6,500 in favor of Plaintiff Brandon Grissom against
8  Defendants Wolpoff & Abramson, L.L.P. and Palisades Collection, L.L.C.

10  Dated: January 22, 2008                LAW OFFICES OF PAUL E. SMITH

12                        By /s/Paul E. Smith
                             PAUL E. SMITH
                             Attorney for Plaintiff
13                           BRANDON GRISSOM